UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OTHA LEE WEAVER,

    Plaintiff,

v.

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.

Case No. 19-cv-484-JPG

**ORDER**

This matter comes before the Court on plaintiff Otha Lee Weaver's motion to strike (Doc. 34) the reply brief (Doc. 33) filed by defendant Kohl's Department Stores, Inc. ("the Store") in support of its summary judgment motion. The Store has responded to the motion (Doc. 35).

The Store filed its reply brief on June 1, 2020, forty-six days after Weaver filed her response brief. She asks the Court to strike the reply brief because Local Rule 7.1(c) allows only fourteen days to reply to a response to a motion for summary judgment. Weaver is correct about the Local Rule and the original reply deadline of May 1, 2020. However, she fails to account for Second Amended Administrative Order 261 (not 621, as cited by the Store) which, on April 1, 2020, extended all "current deadlines" for thirty days. Arguably the May 1, 2020, deadline was not extended by thirty days since it had not actually been established as of April 1, 2020—fourteen days from a response brief cannot logically be calculated until a response brief is filed, and Weaver did not file her response brief until April 17, 2020—and was therefore not a "current deadline" as of April 1, 2020. However, in the spirit of Second Administrative Order 261, the Court would find it appropriate to allow thirty additional days for the reply brief, bringing the Store's deadline to June 1, 2020, the day it filed the reply brief.

However, the Court will strike the Store's reply brief for another reason: it is too long. Local Rule 7.1(d) limits reply briefs to five pages, and the Store's is ten. The Court therefore **GRANTS** Weaver's motion to strike (Doc. 34), **STRIKES** the Store's reply brief (Doc. 33) for being too long, and **ORDERS** that the Store shall have seven days from entry of this order to file a reply brief that complies with Local Rule 7.1 and does not attempt to do an end-run around the page limit by mere formatting changes. In light of this extended deadline, the Court **GRANTS** Weaver's motion to continue the trial setting (Doc. 31) and will reset the Final Pretrial Conference and Trial by separate order.

**IT IS SO ORDERED.**
**DATED:  June 15, 2020**

                                                      s/ J. Phil Gilbert
                                                     **J. PHIL GILBERT**
                                                     **DISTRICT JUDGE**