IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OTHA LEE WEAVER,

Plaintiff,

v.

KOHL'S DEPARTMENT STORES INC.,

Defendant.

Case No. 19-cv-484 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: February 8, 2021**       **MARGARET M. ROBERTIE, Clerk of Court**

                                  **s/ Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**